```
                  UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF KENTUCKY
```
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| PAUL EVERETT TAYLOR, | ) | |
| | ) | |
|     Petitioner, | ) | Civil Case No. |
| | ) | 5:20-cv-503-JMH-MAS |
| v. | ) | |
| | ) | |
| WARDEN BELINDA SANCHEZ, | ) | **MEMORANDUM ORDER** |
| | ) | |
|     Respondent. | ) | |

                  \*\*   \*\*   \*\*   \*\*   \*\*

This matter comes before the Court on Petitioner Paul Everett Taylor's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254. (DE 1). This matter was referred to United States Magistrate Judge Matthew Stinnett for initial screening, and upon review, has recommended dismissal of the Petition for failure to exhaust administrative state remedies. (DE 21). Although afforded the opportunity to do so (*id.* at 4), Taylor has not objected to the Magistrate Judge's Recommended Disposition. Failure to make a timely objection consistent with 28 U.S.C. § 636(b)(1) and Rules Governing Section 2254 Proceedings for the United States District Courts, Rule 8(b) may, and normally will, result in waiver of further appeal to or review by the District Judge and Court of Appeals. *See Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 950 (6th Cir. 1981). Accordingly,

    **IT IS HEREIN ORDERED** as follows:

(1) United States Magistrate Judge Matthew Stinnett's Recommended Disposition (DE 21) is **ACCEPTED** and **ADOPTED** in its entirety as the Opinion of the Court;

(2) Petitioner Paul Everett Taylor's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (DE 1) is **DENIED;**

(3) Warden Belinda Sanchez's Motion to Dismiss Petition, or in the alternative, Motion for Extension of Time (DE 20), is **DENIED as moot;**

(4) This action is **DISMISSED** and **STRICKEN** from the Court's docket;

(5) No certificate of appealability shall issue; and

(6) Judgment shall be entered contemporaneously with the present Memorandum Order.

This the 25th day of May, 2022.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge